DISSENT BY GINOZA, J.

I respectfully dissent.  For the reasons set forth in Judge McCullen's dissent to the Summary Disposition Order in the Intermediate Court of Appeals, I would grant Petitioner State of Hawai'i's Application for Writ of Certiorari.

/s/ Lisa M. Ginoza